IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RAYMEY VOSS** **PLAINTIFF**
**#213751**

v. Case No. 4:19-cv-00935-LPR-JTK

**ROBERT LANIUS, et al.** **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. (Doc. 5). There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly, it is ORDERED that:

1. Plaintiff's claim against Defendant Kevin Smith is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

2. The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 23rd day of January 2020.

Lee P. Rudofsky
UNITED STATES DISTRICT JUDGE