# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

RAYMEY VOSS,     PLAINTIFF
#213751

v.     4:19CV00935-JTK

ROBERT LANIUS, et al.     DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that Plaintiff's Complaint is DISMISSED with prejudice.

IT IS SO ADJUDGED this 9th day of November, 2020.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE